**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 97-6255**

————————

GARY SLEZAK,

                              Plaintiff - Appellant,

        versus

PARKER EVATT, Commissioner of the South Caro-
lina Department of Corrections; S. R. WITKOW-
SKI, Warden of Perry Correctional Institution;
OFFICER SANDERS, of Perry Correctional Insti-
tution;  MICHAEL  MOORE,  Director  of  South
Carolina Department of Corrections, in their
individual and official capacities,

                              Defendants - Appellees.

————————

Appeal from the United States District Court for the District of
South Carolina, at Florence.   William B. Traxler, Jr., District
Judge.  (CA-95-2046-4-21BE)

————————

Submitted:  October 23, 1997        Decided:  November 14, 1997

————————

Before HAMILTON and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

————————

Affirmed by unpublished per curiam opinion.

————————

Gary Slezak, Appellant Pro Se.  Andrew Frederick Lindemann, ELLIS, LAWHORNE, DAVIDSON & SIMS, P.A., Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (1994) complaint and denying his motion for reconsideration. We have reviewed the record and the district court's opinion accepting in part the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Slezak v. Evatt, No. CA-95-2046-4-21BE (D.S.C. Jan. 17, 1997). We deny Appellant's motion for general relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED